JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RENE ESCAMILLA,                        )     No.  CV 13-9520-CW
                                       )
              Plaintiff,               )     JUDGMENT
                                       )
         v.                            )
                                       )
CAROLYN W. COLVIN, Acting              )
Commissioner, Social Security          )
Administration,                        )
                                       )
              Defendant.               )
_____)

   **IT IS ADJUDGED** that this action is remanded to defendant for
further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
and consistent with the accompanying Decision and Order.


DATED:  June 24, 2015


                              _____
                                   CARLA M. WOEHRLE
                              United States Magistrate Judge